NINA ROSS, Respondent, v. HERBERT ROSS, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HENRY G. SCHIMMEL, Respondent, v. BROOKLYN BUS CORPORATION and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

NATHAN SCHLUSSEL, an Infant, by MAX SCHLUSSEL, His Guardian ad Litem, and Another, Respondents, v. EDITH KANALEY, Appellant, and Others, Defendants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MARY SCOURBY, Respondent, v. MICHAEL P. CURNIN, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SIPHON-IT, INC., Appellant, v. EDDIE CANTOR, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ANDREW WAIPA, Suing for Himself as Member and All Other Members of the RUSSIAN ORTHODOX GREEK CATHOLIC HOLY TRINITY CHURCH OF YONKERS, N. Y., INC., in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. JOHN KUSHWARA and RUSSIAN ORTHODOX GREEK CATHOLIC HOLY TRINITY CHURCH OF YONKERS, N. Y., INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Defendants' applications for stays denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THEA WOLF, Respondent, v. CHARLES WOLF, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ROCCO COMMISSO, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant, Respondent, and QUEENS COUNTY SAVINGS BANK, Appellant.— In an action to recover a sum of money on deposit with defendant The National City Bank of New York, judgment in favor of plaintiff and against such defendant, which judgment also grants judgment over against defendant Queens County Savings Bank in favor of The National City Bank of New York, unanimously affirmed, with costs to plaintiff against appellant The National City Bank of New York, and with costs to The National City Bank of New York against appellant Queens County Savings Bank. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [174 Misc. 409.]